97 A.3d 1140

IN THE MATTER OF MATTHEW W. WOITKOWSKI, AN
ATTORNEY AT LAW (ATTORNEY NO. 050751995).

September 9, 2014.
As Corrected Oct. 2, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–308, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, that **MATTHEW W. WOIT-KOWSKI** of **STATEN ISLAND, NEW YORK** and who was admitted to the bar of this State in 1996, should be censured based on discipline imposed in the State of New York for conduct that in New Jersey constitutes violations of *RPC* 1.15(a) (failure to safeguard funds), *RPC* 1.15(d) (recordkeeping), and *RPC* 1.7(b) (concurrent conflict of interest);

And **MATTHEW W. WOITKOWSKI** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **MATTHEW W. WOITKOWSKI** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.